UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:  )
)
GREGORY D. OWENS  )  09-11371
DEBTOR  )
)

ORDER VOIDING JUDGMENT LIEN

No objections having been filed, or an objection having been filed and after a hearing;

IT IS HEREBY ORDERED that the Motion to Avoid the Judgment Lien of Atlantic Credit & Finance Inc. on the debtor's real estate filed January 16, 2007 and of record in Lis Pendens Book 34 Page 416, should be, and is SUSTAINED.

The property is described as follows:

Lot No. 4, in McCormick's Addition to the City of Russellville recorded in the Office of the Logan County Court Clerk in Deed Book 110, Page 193, having frontage of about 50 feet on Armstrong Street and being about 150 feet in depth.

Together with the use of the extent the grantor can grant of a 15 foot alley between the land of Miss Ida Taylor and Lot No. 1, as shown on said plat, also the use of a 10 foot alley West of said lots running front the land of Miss Ida Taylor to the land of Mrs. Annie McCormick.

Being the same property conveyed unto Greg Owens, single, by Albert J. Estes, et ux, by deed dated July 20, 2000 of record in Deed Book 329, Page 427, Office of the Logan County Court Clerk.

The Judgment Lien should be, and is, VOIDED and Atlantic Credit & Finance Inc. shall take any and all actions required to notify the Logan County Clerk of the voiding of the Judgment Lien and to cause a copy of this order to be made of record in the office of the Clerk of Logan County within 20 days of entry of this order.

Joan A. Lloyd
United States Bankruptcy Judge
Dated: November 19, 2009

Tendered by: **J. Stewart Wheeler**
J. Stewart Wheeler
P.O. Box 626
Russellville, KY 42276
1-270-726-3121
1-270-726-3122 fax